IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GEORGE HICKS,

    Plaintiff,

v.                                                 CASE NO. 1:10-cv-00015-MP -GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court upon Plaintiff's Motion for Extension of Time to File Memorandum of Law. (Doc. 19). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through **September 27, 2010**, to file his memorandum.

**DONE AND ORDERED** this 16th day of September, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge